Estado Libre Asociado de Puerto Rico
**TRIBUNAL DE APELACIONES**
**PANEL VIII**

| | | |
|---|---|---|
| Oasis Consulting Services P.R., LLC<br><br>Recurrente<br><br>vs.<br><br>Departamento de Recursos Naturales y Ambientales<br><br>Recurrida<br><br>Geosyntec Consultants of Puerto Rico, P.C.<br><br>Licitadora Agraciada<br><br>Proma Grayfox Partnership,<br><br>Licitadora No-Agraciada | KLRA202400118 | **REVISIÓN ADMINISTRATIVA** procedente del Departamento de Recursos Naturales y Ambientales<br><br>Re: "Request for Proposals for Puerto Rico Integrated Solid Waste Management Plan (ISWMP)" ("RFP for ISWMP").<br><br>Sobre: Recurso de Revisión Adm. procedente del Dept. de Recursos Naturales y Ambientales |

Panel integrado por su presidente, el Juez Rivera Colón, el Juez Monge Gómez y el Juez Cruz Hiraldo.

Rivera Colón, Juez Ponente

**SENTENCIA**

En San Juan, Puerto Rico, a 25 de marzo de 2024.

El recurso de revisión de epígrafe fue presentado el 6 de marzo de 2024, por Oasis Consulting Services P.R., LLC (en adelante, recurrente).

Iniciado el trámite y dictada "Resolución" el 12 de marzo de 2024, concediendo un término de 10 días al Departamento de Recursos Naturales y Ambientales, a Geosyntec Consultants of Puerto Rico, P.C., y a Proma Grayfox Partnership para someter sus alegatos en oposición, el 20 de marzo de 2024 compareció la recurrente mediante "Aviso de Desistimiento al Amparo de la Regla 83 (A)", en la cual informa que:

Número Identificador

SEN2024 _____

.    .    .    .    .    .    .    .

*1. La parte recurrente Oasis PR JV interesa desistir del presente recurso. Por lo que de conformidad con la Regla 83 (A) del Reglamento del Tribunal de Apelaciones presenta este aviso de desistimiento.*

.    .    .    .    .    .    .    .

Atendido lo expuesto, se desestima el presente recurso por el desistimiento incoado por la parte recurrente.

Lo acordó y manda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda.  Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones